## Louis J. Meyer, Plaintiff-Appellee, v. Bertha R. Kramer et al., Defendants-Appellants.

**Gen. No. 10,660.**

Herman W. Snow, John H. Beckers, and Alexander, O'Leary & Jacobson, for appellant; T. R. Johnston, for appellee. Opinion by JUSTICE ANDERSON. Not to be published in full. Opinion filed April 20, 1953; rehearing denied May 5, 1953; released for publication May 5, 1953.